# Court of Appeals
# of the State of Georgia

ATLANTA, _November 09, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0274.  PHILLIP J. GIOIA v. DENNIS BROWN, WARDEN.**

After the superior court denied his petition for a writ of habeas corpus, Phillip J. Gioia filed an appeal to this Court.  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, _11/09/2012_
        I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____, Clerk.